**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **vs.** | * | **CRIMINAL NO. 00-00007-002** |
| | * | |
| **JULIA MCCALL TAIT** | * | |

**SATISFACTION OF JUDGMENT**

The Clerk of the United States District Court for the Southern District of Alabama is hereby authorized and empowered to satisfy and cancel the judgment as it relates to the criminal monetary penalties imposed in the above-entitled case as having been paid or otherwise settled.

Dated: March 10, 2008

Respectfully submitted,

DEBORAH J. RHODES
UNITED STATES ATTORNEY

By:

s/Patricia N. Beyer

Patricia N. Beyer (BEYEP0254)
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845
Fax: (251) 441-5044
E-mail: patricia.beyer@usdoj.gov